Exhibit A


**From:** E. Randol Schoenberg [mailto:█████████]
**Sent:** Saturday, November 12, 2016 1:09 AM
**To:** FOIPARequest <FOIPARequest@ic.fbi.gov>
**Cc:** E. Randol Schoenberg <█████████>
**Subject:** Clinton e-mail search warrant FOIA request

To the FBI FOIA department,

I have not seen it in any published reports online, so I would like to make a FOIA request for the **search warrant and related application, affidavits and receipts** used by the FBI and Justice Department to obtain the review of Huma Abedin's e-mails related to Hillary Clinton, as discussed in this New York Times story from October 30, 2016.
 http://www.nytimes.com/2016/10/31/us/politics/justice-department-warrant-clinton-abedin-fbi.html

Randol Schoenberg


E. Randol Schoenberg, Of Counsel
Burris, Schoenberg & Walden, LLP

Home:



Business Office:

