UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

E. RANDOL SCHOENBERG,                     **NOTICE OF VOLUNTARY**
                                          **DISMISSAL PURSUANT TO**
                                          **F.R.C.P. 41(a)(1)(A)(i)**

                        Plaintiff,

               -v-                    **Index No. 16 Civ. 09445 (PKC)**

UNITED STATES DEPARTMENT OF JUSTICE,
Including its component the
Federal Bureau of Investigation,

                        Defendant.

-------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the plaintiff E. Randol Schoenberg hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant United States Department of Justice including its component the Federal Bureau of Investigation.

Dated:  December 16, 2016
         New York, New York

                                                          Respectfully submitted,

                                           By:_____
                                               David B. Rankin
                                               Rankin & Taylor, PLLC
                                               11 Park Place, Suite 914
                                               New York, New York 10007
                                               t:  212-226-45073
                                               e: david@drmtlaw.com